An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANKLIN DALE HEATH,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 66041

**FILED**

SEP 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from the denial of permission to file an amended post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

On January 29, 2014, appellant filed a proper person post-conviction petition for a writ of habeas corpus in the district court. On March 31, 2014, the district court orally denied the petition. On that same date, appellant submitted a proper person amended petition, and on June 30, 2014, the district court denied permission to file an amended petition. Because no statute or court rule permits an appeal from an order denying permission to file an amended petition, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31548

cc:   Hon. Kathleen E. Delaney, District Judge
Franklin Dale Heath
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk